

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Not For Profit Corporation
FIRST BAPTIST CHURCH OF FERRY PASS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N48263 |
| **FEI/EIN Number** | 59-2926036 |
| **Date Filed** | 04/03/1992 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 01/03/2001 |

**Principal Address**

8351 CAMINITTI LANE
PENSACOLA, FL 32514

**Mailing Address**

8351 CAMINITTI LANE
PENSACOLA, FL 32514

**Registered Agent Name & Address**

HARRIS, THEODORE
3403 W LEE ST
PENSACOLA, FL 32503

Name Changed: 05/20/2020

Address Changed: 05/20/2020

**Officer/Director Detail**

**Name & Address**

Title Deacon

George, Melvin
8215 Caminitti Ln
PENSACOLA, FL 32514

Title Co-Trustee

HUFFMAN, KAMONA
4051 E OLIVE ROAD

EXHIBIT 2

322
PENSACOLA, FL 32514

Title Trustee

BROOKS , CONSTANCE
2700 SEA LARK LANE
MILTON, FL 32583

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2018 | 03/05/2018 |
| 2019 | 03/13/2019 |
| 2020 | 05/20/2020 |

**Document Images**

| Document | |
| --- | --- |
| 05/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2008 -- ANNUAL REPORT | View image in PDF format |
| 06/14/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2001 -- REINSTATEMENT | View image in PDF format |
| 07/20/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/15/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/10/1997 -- NAME CHANGE | View image in PDF format |
| 04/09/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/04/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations

search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=FIRSTBAPTISTF… 2/2

**2020 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N48263

**Entity Name:** FIRST BAPTIST CHURCH OF FERRY PASS, INC.

**FILED**
**May 20, 2020**
**Secretary of State**
**7170502885CC**

**Current Principal Place of Business:**

8351 CAMINITTI LANE
PENSACOLA, FL 32514

**Current Mailing Address:**

8351 CAMINITTI LANE
PENSACOLA, FL 32514

**FEI Number:** 59-2926036

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HARRIS, THEODORE
3403 W LEE ST
PENSACOLA, FL 32503 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: THEODORE HARRIS                                                                                          05/20/2020
Electronic Signature of Registered Agent                                                                                     Date

**Officer/Director Detail:**

| | | | | |
|---|---|---|---|---|
| Title | DEACON | | Title | CO-TRUSTEE |
| Name | GEORGE, MELVIN | | Name | HUFFMAN, KAMONA |
| Address | 8215 CAMINITTI LN | | Address | 4051 E OLIVE ROAD 322 |
| City-State-Zip: | PENSACOLA FL 32514 | | City-State-Zip: | PENSACOLA FL 32514 |
| Title | TRUSTEE | | | |
| Name | BROOKS, CONSTANCE | | | |
| Address | 2700 SEA LARK LANE | | | |
| City-State-Zip: | MILTON FL 32583 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CONSTANCE BROOKS                              TRUSTEE                                 05/20/2020
Electronic Signature of Signing Officer/Director Detail                                                                    Date

# CORDOVA LAW CENTER

N48263

P. POPE
Attorney

FILED
97 APR 10 AM 11:50
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

April 9, 1997

Secretary of State
Division of Corporations
Post Office Box 6327
Tallahassee, Florida 32314

RE: First Baptist Ferry Pass, Inc.

Dear Secretary:

Please find enclosed Articles of Amendment to the Florida corporation, First Baptist Ferry Pass, Inc. which was originally filed with your office on April 3, 1992.

Also find enclosed our firm's check of $35.00 as required by statute for the filing of the Articles of Amendment.

Upon recording the Amendment, please advise our firm of the steps taken by your office.

Sincerely yours,

Ray P. Pope

200002139182---4
-04/10/97--01058--006
*****35.00  *****35.00

RPP/tad

Enclosures

cc: First Baptist Ferry Pass, Inc.

4400 Bayou Blvd./Suite 44 P.O. Box 30112/Pensacola, Fl. 32503
(904) 477-8989 Cordova Square/FAX (904) 484-9113

# ARTICLES OF AMENDMENT
# TO THE
# ARTICLES OF INCORPORATION
# OF
# FIRST BAPTIST FERRY PASS, INC.



Pursuant to the provisions of Section 617.1001 and following, Florida Statutes, the Articles of Incorporation of the above-named corporation (the "Corporation"), filed with the Department of State on the 3rd day of April, 1992, and assigned Charter Number _____ are hereby amended pursuant to a vote of the members of the corporation at a properly noticed special meeting of the members upon a resolution approved by the Board, as follows:

ARTICLE I is hereby amended to read as follows:

### ARTICLE I. CORPORATE NAME

The name of the Corporation shall be **FIRST BAPTIST CHURCH OF FERRY PASS, INC.**

This Articles of Amendment to the Articles of Incorporation was adopted by the membership on the _23rd_ day of _February_, 1997.

IN WITNESS WHEREOF, the undersigned has executed this Articles of Amendment to the Articles of Incorporation this _25_ day of _March_, _1997_.

_Rev Levaughn Jones_

STATE OF FLORIDA
COUNTY OF ESCAMBIA

The foregoing instrument was acknowledged before me this _24_ day of _March_, 1997, by _Rev. Levaughn Jones_, President and Director of First Baptist Ferry Pass, Inc., a Florida not-for-profit corporation, on behalf of the corporation. Who is personally known to me.

LELA B. EDGE
OFFICIAL SEAL
My Comm. Expires 04-05-97
BONDED THROUGH
ALAN INSURANCE SERVICES
CC 274336

_Lela B. Edge_
NOTARY PUBLIC
My Commission Expires: _04-05-97_

## RESOLUTION AMENDING NAME OF CORPORATION

Upon recommendation of the Board, the membership of First Baptist Ferry Pass, Inc. took the following action on the 23rd day of February, 1997, at a specially called and properly noticed meeting of the corporation's members:

RESOLVED that the officers and directors of the corporation, upon a majority vote of the members of the corporation, submit Articles of Amendment to the State of Florida amending the Articles of Incorporation by amending Article I of said corporation to reflect the new amended name of the corporation to be, upon proper filing with the State, First Baptist Church of Ferry Pass, Inc.

BE IT FURTHER RESOLVED that the proper officials of the corporation shall take all steps necessary and pay all sums required to achieve the amendment set forth hereinabove.

DATED this 23rd day of February, 1997.

_____
Secretary